IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TRACI D. CUMMINS                                                                                         PLAINTIFF

V.                                                                     CIVIL ACTION NO. 1:15-CV-102-SA-DAS

CURO HEALTH SERVICES, LLC
d/b/a/ SOUTHERNCARE, INC.                                                                        DEFENDANT

ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, Defendant Curo Health Services, LLC doing business as SouthernCare Inc.'s Motion for Summary Judgment [54] is GRANTED in part, and DENIED in part. SouthernCare's motion is granted on the Plaintiff's claim brought under the FMLA, and this claim is dismissed with prejudice. SouthernCare's motion is denied as to both of the Plaintiff's claims brought under the ADA.

So ORDERED on this the 3rd day of February, 2017.

                                                                                                     /s/ Sharion Aycock
                                                                                                      UNITED STATES DISTRICT JUDGE