IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TRACI D. CUMMINS                                                               PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:15CV102-SA-DAS

CURO HEALTH SERVICES, LLC, d/b/a
SouthernCare, Inc.                                                             DEFENDANT

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 23rd day of February, 2017.

                                                                              **/s/ Sharion Aycock**
                                                                              **U.S. DISTRICT JUDGE**